MEMORANDUM OPINION


No. 04-03-00437-CV



IN THE INTEREST OF S.G., a Child





From the 131st Judicial District Court, Bexar County, Texas


Trial Court No. 2002-EM5-05289


Master Juan Antonio Chavira, Presiding (1)



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: December 17, 2003 


APPEAL DISMISSED

 Antonio Gonzales's ("Gonzales") brief, which was due on October 24, 2003, has not been
filed. On November 4, 2003, this court ordered Gonzales to show cause in writing by November 19,
2003 why this appeal should not be dismissed for want of prosecution. Gonzales did not respond.
Accordingly, this appeal is dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1),
42.3(b). 

 

 PER CURIAM






1. The Honorable John D. Gabriel is the presiding judge of the 131st Judicial District Court, Bexar County,
Texas. This appeal is from an order signed by Juan Antonio Chavira as Master. Master Chavira presided over the
hearing regarding the parent-child relationship.